IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. _____

ESTEBAN PEREZ,

      Plaintiff,

v.

WESTERN OILFIELDS SUPPLY COMPANY, d/b/a RAIN FOR RENT,

      Defendant.

---

**SUMMONS**

---

      TO:    Western Oilfields Supply Company, d/b/a Rain for Rent

      A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

      Whitney C. Traylor, Esq.
      Traylor Law Group, LLC
      1721 High Street
      Denver, CO 80218

      If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the court.

      DATED: November 25, 2013          CLERK OF COURT:

                                                                         _____